# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp, <br><br> Plaintiffs, <br><br> v. <br><br> Compass Minnesota, LLC and Daniel Phillip Hollerman. <br><br> Defendants. | Case No. 0:24-cv-00100-SRN-DTS <br><br><br> **DEFENDANTS'** <br> **JOINT MOTION TO DISMISS** <br> **Fed. R. Civ. P. 12(b)(6)** |

To:   Plaintiffs *pro se* and all counsel of record.

## MOTION

Defendants Compass Minnesota, LLC and Daniel Phillip Hollerman respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(4–5), for an order dismissing Plaintiffs' complaint against them with prejudice and without leave to amend. Said motion will be based on their joint memorandum of law accompanying this motion, the files comprising the record, and the arguments of counsel.

Respectfully,

                                      **CHRISTENSEN SAMPSEL PLLC**

Dated: February 20, 2024       /s/ Robert J. Kouba
                                      Carl E. Christensen (#350412)
                                      Ryan P. Supple (#395838)
                                      Robert Kouba (#398428)
                                      305 North Fifth Avenue, Suite 375
                                      Minneapolis, MN 55401
                                      (612) 473-1200
                                      carl@christensensampsel.com
                                      ryansupple@ christensensampsel.com
                                      robert@ christensensampsel.com

                                      Attorneys for Defendant
                                      Daniel Hollerman

                                      **FOLEY MANSFIELD**

Dated: February 20, 2024    By:  */s/ Tessa Mansfield Hirte*
                                      Tessa Mansfield Hirte (#0396591)
                                      Michael S. Kernstock (#0398879)
                                      250 Marquette Avenue, Suite 540
                                      Minneapolis, MN  55401
                                      Telephone:  (612) 338-8788
                                      Email: tmansfield@foleymansfield.com
                                                mkernstock@foleymansfield.com

                                      Attorneys for Defendant Compass Minnesota, LLC