

# LIMITED POWER OF ATTORNEY

Made by Brandon Joe Williams
Williams and WILLIAMS Law Group
PO Box 1962
Glendale, CA 91209
(747) 273-0799
Brandon@williamsandwilliamslawfirm.com
www.williamsandwilliamslawfirm.com

*****

# Section 1: Definitions

**Important note: these definitions apply both within the agent/principal relationship and without. Any entity or natural people receiving this limited power of attorney are officially receiving a novation in relation to the contract between you and the principal (both the living man/woman as well as the ens legis/public corporation or other corporation represented by the living man/woman). All definitions from Black's Law come directly from previous court cases and are CASE LAW. Any attempt to mitigate their validity and importance will be equated to a blatant disrespect and criticism of the entire American judicial system.**

Client:
Someone who is being assisted to present themselves. This term indicates absolutely no degradation of character or ability and simply means someone who is getting assistance while simultaneously educating themselves in law and statute. NO CLIENT, WITHIN THIS AGREEMENT, IS A CHILD, INFANT, RETARDED OR OF UNSOUND MIND.

Ens legis:
A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

Public corporation:
A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government. -Black's Law 4th edition

Signature:
Defined as: A cursive writing, using a pen and paper, unique to each person, of some sort of artistic symbolism that proves their identity due to the unique style in which it is written. If this is to be done on behalf of a trust, corporation or any "artificial entity," it must be expressed, in the same font and size, like this: "Signature of living man or woman [name of living man or woman] on behalf of artificial person named [name of artificial person]." - ALL RIGHTS BEING RESERVED AT ALL TIMES WILL ALWAYS BE IMPLIED IN ALL SIGNATURES AND THE WAIVING OF THOSE RIGHTS ARE NOT POSSIBLE IN ANY SITUATION.

All "signatures" are also, by definition, indorsements, when they are involving some sort of financial promise or a promise to perform. All "signatures" will be treated as indorsements and will be released restrictively or in some way as to control the transfer of the security. The definition of "indorsement" is "orders and commands that specify how an instrument/security may be exchanged or transferred."

De facto:
Defined as: the corporate world that is under the Crown of England. The entire structure that was created under the Crown and is offered as a structure for Commerce. People can voluntarily contract into this system as they want in an effort to have a pre-built structure that they may plug into for ease-of-use, support, etc.

De jure:
Defined as: the non-corporate world that has nothing to do with the statutes, rules and boundaries set up by the Crown. Operating entirely in a new space where you create your own rules and boundaries. Your "Codes" are created by you and used to contract as you see fit. The de jure is governed by Common Law which is simply don't hurt people or their property and be transparent in your offers and contracts. True law is found in the de jure.

"person," "human being" and "individual":
These words/terms are defined as: "a nothingness which produces a somethingness. The seat of creativity. This is not the brain, nor the body, but is a potential consciousness that has no space, no wavelength, no mass and no location. This essence contains the decisions and definitions associated with interaction, identity, ethics, morals and integrity."

Entities must be explicitly described as such and may not use these words to describe them any longer.

This definition explicitly replaces anything from 1 USC 8.

Ethics:
Defined as: what the individual considers right/wrong (and why).

Morals:
Defined as: the spoken AND UNSPOKEN ideas of what a group considers right/wrong (and why).

Banking:
Defined as: the operation of electrical energy translated to the world of money and finance. The creation, flow and use of any form of energy that is used as the intermediary of trade or commerce. Any item that would be used as a mode of exchange and that follows all the rules of physics as regards to flow and energy. The highest form of "banker," in the literal sense, would be an electrical engineer. Banking in the de facto is accomplished by the creation of credit in relationship to the overall future potential exchange capacity of a person. Banking in the de jure is the coining and handling of silver and gold COINS in an effort to create a stable and functional exchange medium.

Payment:
This definition will defer to Black's Law 4th Edition: "The fulfillment of a promise, or the performance of an agreement."

Consideration:
Defined as: something given of value that all parties consider of value and continue to consider of value throughout the entire life of the contract or agreement. If either party decides, during the life of a contract, that consideration is no longer equal, then that contract is instantaneously canceled from that moment. Fraud vitiates all contracts from their inception and acts as though a contract never existed to begin with.

Fraud:
Defined as: any attempt to create illusion, delusion, vagueness or over-complexity in an effort to confuse or reduce the ability to perceive or understand something. THE HIGHEST LEVEL OF FRAUD IS THE ALTERATION OF DEFINITIONS OF WORDS OR TERMS. Fraud, when applied to the definitions of words, terms or phrases will be a charge of treason and, pursuant to even the de facto 18 U.S. Code § 2381, EVERYONE involved will be sentenced to death if found guilty by a Grand Jury. All men and all women deserve to live a life of honest and transparent dealings.

Understand/under stand/under-stand:
Defined as: to conceptually copy information into your own mind, contribute to it (invest in it) in an effort to make it your own, then be able to apply it in the physical world to the product of an effective effect. This definition explicitly negates any idea that these words may be used to trick someone into granting dominion or power over them.

Conceptually:
Defined as: to have a basic idea in the mind that comes across almost as the idea of "an understanding in the form of energy" - meaning having so much comprehension of some particular word or thing that you can get the feeling in your mind that you do not even need words or symbols to explain the ideas. A conceptual understanding of something may even leave the person saying "I know what it is, I simply can't put it into words." The ideas are devoid of having to use the "crutch" of other words or symbols. It is a full immersion into an idea or term that feels almost as if you are the source of the definition of the word or idea itself. You can "feel" the definition. YOU ARE THE DEFINITION.

Definition:
Defined as: the exact, agreed-upon boundaries of the meaning of a series of symbols, behavior, or anything else. A definition could be entirely unknown or mistaken, but an "incorrect definition" would be the largest aspect that this section should clarify. An "incorrect definition" would be a meaning that is either too narrow or too wide, too simple or too complex, too vague or too specific. A definition is the contract associated with the meaning of the word, idea, phrase, etc. The source of credit and law, which is the well-intentioned inhabitant or contributing member of a group, has the highest rank in

terms of the creation, clarification or changing of definitions. Definitions are living, breathing things and are the most important aspect to all contracts and communication. VAGUE OR OVER-COMPLICATED DEFINITIONS WILL BE VIEWED AND ASSUMED TO BE AN ATTEMPT TO DECEIVE AND WILL BE CLASSIFIED AS FRAUD.

Consent:
Defined as: understanding, as defined in this definitions section, of the contract or agreement in question. This understanding is then mixed with explicit agreement. Explicit agreement is important because assuming agreement or consent is quite dangerous. Agreement and consent should be explicit and "tacit consent" or "consent due to acquiescence" is essentially rape in commerce.

Rape:
Defined as: any forced contract that did not have explicit understanding and consent at the inception and throughout the entire duration of the contract.

Debtor:
A debtor is someone who owes a true negative in an agreement or contract where they have received true value and consideration but have not reciprocated that consideration to a sufficient point for both parties (within reason). A debtor cannot be a debtor if they did not consciously and expressly involve themselves in the contract to begin with.

Creditor:
Defined as: Someone who leverages their future potential productivity in a way to help someone else. In America, the basic creditor is a common American. Corporations cannot be creditors, only individual people can be creditors. A creditor is only a creditor if they offer something of value that is fully transparent and not some form of trickery where there is only the ILLUSION of value and not true substantiated value. Any attempt to use illusion and trickery to create debtors out of large groups of people will be charged with treason and, pursuant to even the de facto 18 U.S. Code § 2381, EVERYONE involved will be sentenced to death if found guilty by a Grand Jury. The de facto 15 USC 1602 has an EXCELLENT definition as well: "(f) The term "credit" means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment."

Money:
Defined as: gold and/or silver coins. Without gold and/or silver coins involved in a transaction, there is no negative or positive gain in the real world. There can only be a false illusion of positive or negative gain. "Profit and loss" can only be computed through the exchange of gold/silver coins. Any commercial activity in the de facto that is not exchanging silver and gold coins is, by definition, a "non-profit activity."

United States:
Defined as: the original states of the Republic being referred to as a collective. The "United States" is not, in itself, a country. Each individual state is a country, by law. This definition specifically and explicitly negates the definition found in 28 USC 3002(15), as well as the description found in UCC 9-307(h). Any de facto corporation found using the term "United States" will automatically be changed to "only and explicitly the District of Columbia." The "Federal corporation" does not have any jurisdiction in the 50 individual states of America (or any additional states or nations in those areas) and this term being used is very heavy fraud that very few people know about. Any vague or unclear use of this term will be a charge of treason and, pursuant to even the de facto 18 U.S. Code § 2381, everyone involved will be sentenced to death if found guilty by a Grand Jury. Any use of this definition will be assumed that the person using it does not know this definition and the prosecution of the use of

this term will need EXTENSIVE levels of evidence that proves INTENT. This term is the core aspect of the difficulties in our glorious country. Assumption that the use of this term is of ill-will should NOT be done, as all assumptions should be a lack of comprehension of this most deadly term.

Currency:
Defined as: anything used as a medium of exchange. The words "money" and "currency" ARE VERY DIFFERENT. Currency could be bottle caps, small pieces of metal, paper, or anything else. Currency is not required to be silver/gold coins. Promissory notes are currency in a fiat, de facto world.

Loan:
Defined as: in the de facto, it is the creation of a promissory note by a person based off their future potential productivity, which is then exchanged with the Federal Reserve for Federal Reserve Notes. A "financial institution" is not required to convert the promissory note into Federal Reserve Notes but may be utilized for assistance if needed. A "financial institution" hired to provide this service is nothing more than a contracted servicer and the loan is NOT being given by them. Any effort to trick or deceive as to who is creating the loan or giving the loan will be treated as fraud or treason and handled accordingly. In the de jure it is the issuing of silver/gold coins at interest.

"You," "Your" or any other small common word:
Defined as: "you" or "your" or any other variation of showing identity and any usage of small common words to try and trick someone into special definitions that degrade or harm them in any way will fall under treason and, pursuant to even the de facto 18 U.S. Code § 2381, anyone involved will be sentenced to death if found guilty by a Grand Jury. Redefining these words are an obvious attempt at subversion and are never going to be used in an effort to assist someone. The creation of special definitions for small common words are immediately assumed to be treason, as the intent is clear. This definition was born out of a cognizance of the existence of 20 CFR 422.402 subsection (e). This definition automatically eliminates all definitions of this type and vitiates their existence since their supposed inception.

Represent:
Defined as: to assist another in presenting themselves. No one waives their rights or degrades their status in having or demanding assistance.

Resident alien:
Defined as: someone who is PROVEN to live in the District of Columbia. Assumptions are always defaulted to nonresident alien and the status of resident alien must be PROVEN.

Nonresident alien:
Defined as: someone who is PROVEN to not live in the District of Columbia.

Man:
Defined as: the ultimate title. The ultimate simplicity. One of the basic elements of the battery of nature. The desire to protect. The drive and focus to achieve a goal. One of two original bodies created by God in an effort to be a creation of half of what God is composed of. An incomplete expression of nature. The searcher of beauty.

Woman:
Defined as: The ultimate title. The creator of beauty. Beauty is created by the manufacturer of art. Beauty is not inherent, it is created. The dancing, warm flow of existence. That of which is the great mediator of life. The true logic of life that understands life through the emotional and instinctual

understanding of experience. That of which prevents life and existence from using the drive of masculinity in an effort to drive our human race into oblivion. Softness, mediation, flow.

Intent:
"Intent" expresses mental action at its most advanced point, or as it actually accompanies an outward, corporal [of or involving the body] act which has been determined on. Intent shows the presence of will in the act which consummates a crime. It is the exercise of intelligent will, the mind being fully aware of the nature and consequences of the act which is about to be done, and with such knowledge, and with full liberty of action, willing and electing to do it. -Black's Law 4th Edition (bracket section added by Brandon Joe Williams to clarify the word "corporal")

# Section 2: Notice to Person Executing Limited Power of Attorney

IMPORTANT NOTE 1: THIS CONTRACT INFERS NO INFIRMITY OF THE PRINCIPAL. THE PRINCIPAL IS SIMPLY REQUESTING ASSISTANCE WHILE THEY LEARN AND EDUCATE THEMSELVES IN ORDER TO STAND MORE EFFECTIVELY IN LAW. THERE IS NO IMPLIED OR EXPRESS WAIVING OF ANY RIGHTS BEYOND WHAT IS EXPLICITLY MENTIONED IN THIS POA. WITHOUT PREJUDICE AND ALL RIGHTS RESERVED IS FULLY IMPLIED AND EXPRESSED FOR ALL CONTRACTS AND RELATIONSHIPS. THE ONLY RIGHTS THAT ARE WAIVED BY THE PRINCIPAL SIGNING THIS LIMITED POWER OF ATTORNEY IS THE RIGHT TO INDORSE INSTRUMENTS WITH A BLANK INDORSEMENT AND ALSO THE RIGHT TO GRANT JURISDICTION OVER THE LIVING MAN/WOMAN WITHOUT EXPRESS AND WRITTEN AGREEMENT BY THE AGENT. ANY INTIMIDATION, THREATS, LIES OR OTHER TACTICS TO MAKE THE PRINCIPAL WAIVE OR NEGATE ANY RIGHTS OR INDORSE ANY INSTRUMENT WITH A BLANK INDORSEMENT WILL BE MET WITH AGGRESSIVE LITIGATION FOR PEONAGE, INVOLUNTARY SERVITUDE AND MASSIVE SECURITIES FRAUD.

IMPORTANT NOTE 2: ANY ASSUMPTION THAT THE PRINCIPAL HAS EVER INDORSED ANYTHING WITH A BLANK INDORSEMENT IS HEREBY EXPLICITLY NEGATED. THIS AGREEMENT HEREBY EXPLICITLY WAIVES THE RIGHT OF THE PRINCIPAL TO INDORSE ANY INSTRUMENT WITH A BLANK INDORSEMENT (PHYSICALLY, MENTALLY, EMOTIONALLY AND SPIRITUALLY IMPOSSIBLE). ALL INDORSEMENTS ARE ASSUMED TO BE FULL, RESTRICTIVE OR QUALIFIED. ALL INDORSED INSTRUMENTS FROM THE PAST ASSUMED TO BE BLANK ARE HEREBY TO BE CONSIDERED FRAUD AND NEED TO BE REINDORSED OR CLARIFIED BY BOTH THE PRINCIPAL AND AGENT. THE DEFAULT OR ASSUMED INDORSEMENT FOR ALL PAST, CURRENT AND FUTURE INSTRUMENTS IS:

WITHOUT RECOURSE
Pay to the Order of:
MICHELLE NICHOLE KNAPP
By: Michelle Nichole Knapp/agent
---------
Michelle Nichole Knapp/attorney-in-fact


*****

A limited power of attorney is an important legal document. By signing the limited power of attorney, you are authorizing another person to act for you, the principal. Before you sign this limited power of attorney, you should know these important facts:

Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your securities and relationships in an effort to correct your performance of bills of exchange, banking, using promissory notes, etc. This agreement includes the handling of real estate. This agreement does not stem into other areas beyond the handling, transfer and discharge or settling of securities, bonds, notes, bills of exchange, real estate etc. This POA can also cover the use and exchange of lawful money (gold and silver coins), but this will most likely not be necessary.

Your agent will have the right to receive reasonable payment for services provided under this limited power of attorney.

You can amend or change this limited power of attorney only by executing a new power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this power of attorney at any time, so long as you are competent.

This power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You WILL read this power of attorney carefully. YOUR AGENT WILL VERIFY YOUR COMPREHENSION OF THIS DOCUMENT. When effective, this power of attorney will give your agent the right to deal with property, securities and contracts that you now have or might acquire/ involve yourself with in the future. The power of attorney is important to you. If you do not understand the power of attorney, or any provision of it, then you should obtain the assistance needed to understand it or bury yourself in the dictionary for as long as required to be fully tracking with each word and its meaning.

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465 AS WELL AS BY NATURAL FREEDOM TO CONTRACT AS YOU SEE FIT). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, DO WHAT IS REQUIRED TO CLEAN UP ANY MISUNDERSTANDINGS. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, Michelle Nichole Knapp/principal, residing at C/O 2624 N Saunders Lake Drive, Minnetrista, Minnesota, 55364, hereby appoint Brandon Joe Williams/agent of PO Box 1962, Glendale, California 91209, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below. THESE ADDRESSES ARE WITHOUT THE UNITED STATES PURSUANT TO 28 USC 1746. THERE IS A COMPLETED LAND PATENT ON 2624 N Saunders Lake Drive, Minnetrista, Minnesota, 55364.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me.

My Agent shall have full power and authority to act on my behalf involving lawful money, securities, bonds, instruments, investments, real estate, etc. My Agent's powers shall include, and are limited to, the power to:

> 1. Perform any act necessary to deposit, negotiate, sell or transfer any note, real estate, security, or draft of the United States of America, including U.S. Treasury Securities. This includes any non-US notes, securities, drafts, etc. This includes indorsements, approvals, exchanges, etc.

ABSOLUTELY ANY CURRENCY, SECURITY, BOND, NOTE, INSTRUMENT, NEGOTIABLE INSTRUMENT, PIECE OF PROPERTY, ETC ARE WITHIN THE PURVIEW OF THIS LPOA.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Limited Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Limited Power of Attorney. This Limited Power of Attorney shall continue effective

until December 12, 2026. This Limited Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

It is acknowledged that myself, Michelle Nichole Knapp, operates and exists WITHOUT the United States at all times while the agent also operates WITHOUT the United States at all times pursuant to 28 USC 1746. The ens legis/public corporation, MICHELLE NICHOLE KNAPP, of which the principal is an authorized representative, is located within the United States. Michelle Nichole Knapp is a foreign non-citizen national as it is defined in 8 USC 1101(a)(21).

**[SIGNATURE PAGE FOLLOWS]**

Dated November 6, 2023, at Minnetrista, Minnesota.

*Michelle Nichole Knapp*
Michelle Nichole Knapp/principal (also on behalf of MICHELLE NICHOLE KNAPP)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Minnesota,
Carver County

On November 6th before me, Alex Prigge, personally appeared Michelle Nichole Knapp, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Minnesota that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Notary Seal)
Signature of Notary Public

ALEXANDER M. PRIGGE
Notary Public-Minnesota
My Commission Expires Jan. 31, 2027

This document was prepared by:
Brandon Joe Williams/agent

**Notice to Person Accepting the Appointment as Attorney-in-Fact:**

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You MAY transfer the principal's property to yourself without the need for full and adequate consideration and you may accept a gift of the principal's property. The only provision would be that the transferring of such property would need to be beneficial to the principal.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Agent attests this document to be signed on his behalf on:

Republic of California State (unincorporated),
Los Angeles County (unincorporated)

Date:

Signed: _without prejudice by: William Brandon Joe/agent_
Brandon Joe Williams/agent