UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**Cause No: 24-cv-100 SRN/DTS**

| | |
|---|---|
| PRESTON BYRON KNAPP; MICHELLE NICHOLE KNAPP. *Plaintiffs,* vs. COMPASS MINNESOTA, LLC; DANIEL PHILIP HOLLERMAN (*official and individual capacities*). *Defendants.* | Honorable Judge Susan Richard Nelson Magistrate Judge David T. Shultz NOTICE OF MEET-AND-CONFER; NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT DANIEL PHILIP HOLLERMAN - ONLY |

### NOTICE OF MEET-AND-CONFER STATEMENT

COME NOW, Plaintiffs', Pro Se, PRESTON BYRON KNAPP and MICHELLE NICHOLE KNAPP, by and through, Preston Byron Knapp and Michelle Nichole Knapp, pursuant to Local Rule 7.1(a), allege and state as follows:

This statement is made to ***certify*** that the moving party met and conferred with the opposing party, through counsel of record on February 20th, 2024, as is the local requirement of this Honorable Court. Further, this notice is to inform this Honorable Court that the parties were unable to reach resolution on any aspect of the Plaintiffs' *Motion for Default Judgment* and therefore ask for the Court's intervention.

### NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that the Plaintiffs, Preston Byron Knapp, and Michelle Nichole Knapp, hereby move this Honorable Court for the entry of Default and Default Judgment against Defendant Daniel Philip Hollerman, pursuant to Federal Rule of Civil Procedure 55(a) and 55(b).

1. Defendant Daniel Philip Hollerman was duly served with Summons and Complaint on January 22, 2024, as evidenced by the *Notice of Service of Process* and *Affidavit of Service* filed with this Court on February 2nd, 2024 (*Id.* at dkt. 9).

2. Counsel for Defendant Daniel Philip Hollerman, Carl E. Christensen and Ryan P. Supple, filed *Notice of Appearance* on January 18, 2024 (*Id.* at dkt. 6), and attorney Robert Kouba filed a *Notice of Appearance* on behalf of the same Defendant on the same day (*Id.* at dkt. 7), which gave this Honorable Court jurisdiction over Defendant.

3. More than 21 days have elapsed since the service of *Summons* and *Complaint* upon Defendant Daniel Philip Hollerman, and Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. Defendant's counsel has not requested Leave of this Court or petitioned for an Enlargement of Time. There is no excusable neglect on the part of Defendant or Defendant's counsel to justify the delay.

5. Therefore, Defendant Daniel Philip Hollerman is in default and has forfeited the right to contest liability.

Accordingly, Plaintiffs request that this Court grant the Motion for Default Judgment in the amount of **Twenty-Million Dollars ($20,000,000.00)**, as detailed in the attached Affidavit of Facts.

Dated:  February 20th, 2024                               RESPECTFULLY SUBMITTED,

BY:  /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

/s/ *Michelle Nichole Knapp*
Michelle Nichole Knapp
Plaintiff, Pro Se
Michelleknapp@gmail.com
(540) 931-5682

**Certificate of Service**

Plaintiffs certify that on February 20th, 2024, the foregoing *Notice of Service of Process* was filed with the Clerk of this Court via ECF.  We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

Distribution:
Carl E. Christensen
Christensen Sampsel PLLC
305 Fifth Avenue North, Suite 375
Minneapolis, MN 55401
612-473-1200
carl@christensensampsel.com

Robert J. Kouba
Christensen Law Office PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-4016
robert@clawoffice.com

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensampsel.com