# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp,<br><br>Plaintiff(s),<br><br>v.<br><br>Compass Minnesota, LLC, Daniel Philip Hollerman,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 24-cv-100 SRN/DTS |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [Doc. No. 10] is **GRANTED,** and the claims against Defendants are **DISMISSED WITH PREJUDICE**;

2. Plaintiffs' Motion to Compel Communication with Attorney-in-Fact [Doc. No. 22] is **DENIED**;

3. Plaintiffs' Motions for Default Judgment as to Hollerman [Doc. No. 27] and Compass [Doc. No. 30] are **DENIED**;

4. Defendants shall submit an affidavit and supporting evidence showing their reasonable attorneys' fees and other expenses associated with the Motion to Compel Communication [Doc. No. 22] on or before June 14, 2024;

5. Plaintiffs may file a responsive brief by not later than July 3, 2024, limited to addressing the reasonableness of the defendants' attorneys' fees and costs.

| | |
|---|---|
| Date: 6/5/2024 | KATE M. FOGARTY, CLERK |