# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp,<br><br>Plaintiffs,<br><br>v.<br><br>Compass Minnesota, LLC and Daniel Phillip Hollerman.<br><br>Defendants. | Case No. 0:24-cv-00100-SRN-DTS<br><br>**DECLARATION OF DANIEL PHILLIP HOLLERMAN REGARDING ATTORNEY FEES** |

STATE OF MINNESOTA        )
                          ) ss.
COUNTY OF HENNEPIN        )

I, Daniel Phillip Hollerman, declare as follows:

1. I am a named defendant in the above captioned matter.

2. I submit this declaration on my personal knowledge, and I am able to testify to all contents of this declaration.

3. I hired Christensen Sampsel, PLLC ("CS") to address and ultimately defend against Plaintiffs Preston and Michelle Knapps' (collectively, the "Knapps") assertions and claims regarding the purchase and sale of real estate, which they ultimately brought in the above captioned matter.

4. When I initially engaged CS, I understood Carl Christensen's hourly rate to be $450 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, Mr. Christensen's rate would be increased to $500

per hour. I believe those rates for Mr. Christensen are reasonable.

5. When I initially engaged CS, I understood Aaron Sampsel's hourly rate to be $375 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, Mr. Sampsel's rate would be increased to $400 per hour. I believe those rates for Mr. Sampsel are reasonable.

6. When I initially engaged CS, I understood Christopher Wilcox's hourly rate to be $325 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, Mr. Wilcox's rate would be increased to $375.00 per hour. I believe those rates for Mr. Wilcox are reasonable.

7. When I initially engaged CS, I understood Robert Kouba's hourly rate to be $275 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, Mr. Kouba's rate would be increased to $300 per hour. I believe those rates for Mr. Kouba are reasonable.

8. When I initially engaged CS, I understood that any law clerk's hourly rate to be $85 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, any law clerk's hourly rate would be increased to $95 per hour. I believe those rates for law clerks are reasonable.

9. When I initially engaged CS, I understood that any administrative work would be billed at an hourly rate of $125 per hour. On December 26, 2023, I was informed by email that, beginning January 1, 2024, any administrative work would be billed at an hourly rate of $140 per hour. I believe those rates for administrative work are reasonable.

10. I understood that I would be provided regular invoices regarding the work performed by CS.

11. I understood that prior to paying said invoice, if I had any questions or issues regarding the work performed, the amounts charged, or the total amount of the invoice, I could reach out to CS to discuss the invoice. I further understood that I would not be billed for conversations relating to the invoices or to discuss issues with the invoices or work performed.

12. I understood that I would have 30 days to pay any invoice sent by CS.

13. I was provided regular invoices by CS regarding this matter.

14. I have not objected, and do not object, to any invoice that has been sent to me for work in this action.

15. I have reviewed all invoices sent to me, including the most recent invoice from June 14, 2024, and agree with the amounts charged and the work performed.

16. I have submitted payment for all invoices that have been sent to me regarding this matter, including the most recent invoice sent to me on June 14, 2024.

17. The total amount I have paid, as of the date of this declaration, is $27,816.83. I submitted payment for the June 14, 2024, invoice today, June 14, 2024.

18. I believe the amounts I have been charged regarding this matter are

reasonable and have been necessary to defend myself against Plaintiffs claims, assertions, and motions.

    I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

| Dated: June 14, 2024 | /s/ Daniel Phillip Hollerman |
|---|---|
|  | Daniel Phillip Hollerman |