# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp, <br><br> Plaintiffs, <br><br> v. <br><br> Compass Minnesota, LLC and Daniel Phillip Hollerman. <br><br> Defendants. | Case No. 0:24-cv-00100-SRN-DTS <br><br><br> **[PROPOSED] ORDER GRANTING ATTORNEY FEES** |

This matter came on before the Court for supplemental briefing pursuant to the Court's May 29, 2024, Text Only Minute Entry [ECF No. 56] and June 4, 2024 Order [ECF No. 59] on, among other things, Defendants' Daniel Phillip Hollerman ("Hollerman") and Compass Minnesota, LLC ("Compass") Joint Motion to Dismiss [ECF No. 10] and Joint Motion for Sanctions [ECF No. 44]. In its May 29, 2024, Text Only Minute Entry, and June 4, 2024 Order, the Court granted Defendants' motions and gave Defendants leave to submit affidavits and supporting documentation of the attorney's fees, costs, and expenses they incurred to defend this action. Hollerman submitted documents and briefing on June 14, 2024. Plaintiff submitted a response on July 4, 2024.

NOW, THEREFORE, based upon the parties' submissions, the arguments of counsel, and all of the files and proceedings herein, **IT IS HEREBY**

**ORDERED** that:

1. The attorney fees, costs, and expenses that Hollerman incurred were necessary and reasonable to properly defend against Plaintiffs' frivolous Complaint and motion practice, and that the rates charged are consistent with the prevailing market rates for services by lawyers of reasonably comparable skill, experience, and reputation.

2. Plaintiffs Preston Byron Knapp and Michelle Nichole Knapp shall pay Defendant Daniel Phillip Hollerman's reasonable attorney fees, costs, and expenses in the amount of $27,816.83. This amount is due and payable within ten (10) days of the issuance of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated:_____          _____
                                Susan Richard Nelson
                                United States District Judge