# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Preston Byron Knapp and Michelle Nichole Knapp, <br><br> Plaintiffs, <br><br> v. <br><br> Compass Minnesota, LLC and Daniel Phillip Hollerman. <br><br> Defendants. | Case No. 0:24-cv-00100-SRN-DTS <br><br><br> **CERTIFICATE OF SERVICE** |

STATE OF MINNESOTA )
                           ) ss
COUNTY OF HENNEPIN)

I, Lisa A. Robertson, being sworn, hereby states and certifies that on June 14, 2024, I served a true and correct copy of the following:

- Hollerman Memorandum in Support of Attorney Fees, with Rule 7.1(f) Word Count Certificate;
- Declaration of Carl E. Christensen in Support of Attorney Fees;
- Declaration of Daniel Philip Hollerman in Support of Attorney Fees; and
- Hollerman Proposed Order for Attorney Fees.

by placing said document(s) in an envelope, postage prepaid and addressed to the following individual(s):

Michelle Knapp
2624 North Saunders Lake Drive
Minnetrista, Minnesota 55364

and depositing the envelope(s), with sufficient postage, in the United States Mail at the Post Office located in the City of Minneapolis, in the State of Minnesota.

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

                                          By /s/ Lisa A Robertson
                                               Lisa A. Robertson