# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Preston Byron Knapp, Michelle Nichole Knapp, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-00100-SRN-DTS |
| Compass Minnesota, LLC, Daniel Philip Hollerman, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Joint Motion for Sanctions [Doc. No. 44] is GRANTED;

2. Counsel for Defendant Compass Minnesota, LLC is AWARDED $36,520.63 in reasonable attorney's fees and costs;

3. Counsel for Defendant Daniel Phillip Hollerman is AWARDED $27,816.83 in reasonable attorney's fees and costs;

Date: 8/12/2024                                                                                  KATE M. FOGARTY, CLERK