UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**Cause No: 24-cv-100 SRN/DTS**

| | |
|---|---|
| PRESTON BYRON KNAPP; MICHELLE NICHOLE KNAPP. *Plaintiffs,* vs. COMPASS MINNESOTA, LLC; DANIEL PHILIP HOLLERMAN (*official and individual capacities*). *Defendants.* | Honorable Judge Susan Richard Nelson Magistrate Judge David T. Shultz |

## DOCKETING STATEMENT OF PLAINTIFFS'

**1. Jurisdictional Statement:**

This appeal is from the final order and judgment of the United States District Court for the District of Minnesota, entered on August 9, 2024, and August 12, 2024, respectively, in Case No. 24-cv-00100 (SRN-DTS). The United States Court of Appeals for the Eighth Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

**2. Nature of the Case:**

This case involves a civil action initiated by the Plaintiffs-Appellants, pro se, alleging breach of contract, fiduciary duties, and various claims under federal statutes against the Defendants-Appellees. The District Court dismissed the claims and subsequently granted the

Defendants-Appellees' motion for sanctions, awarding attorneys' fees and costs against the Plaintiffs-Appellants.

**3. Issues to Be Raised on Appeal:**

The Plaintiffs-Appellants intend to raise the following issues on appeal:

1. Whether the District Court erred in granting Defendants-Appellees' motion for sanctions under Federal Rule of Civil Procedure 11 when the underlying motions were related to discovery and should have been governed by Federal Rule of Civil Procedure 37.
2. Whether the District Court abused its discretion in awarding attorneys' fees and costs to the Defendants-Appellees, including the reasonableness of the amounts awarded.
3. Whether the District Court's orders and judgment were contrary to established legal principles and procedural rules, rendering them void or erroneous.

**4. Related Cases:**

To the best of Plaintiffs-Appellants' knowledge, there are no related cases currently pending in this or any other court.

**5. Transcript Information:**

Plaintiffs-Appellants do not intend to order any additional transcripts for this appeal as the issues on appeal are based on the existing record and orders.

**6. Briefing Schedule:**

Plaintiffs-Appellants propose the following briefing schedule, subject to the approval of the Court:

- Appellants' Opening Brief: October 14th, 2024
- Appellees' Response Brief: October 28th, 2024
- Appellants' Reply Brief: November 4th, 2024

**7. Representation:**

Plaintiffs-Appellants, Preston Byron Knapp and Michelle Nichole Knapp, are proceeding pro se.

Dated:  August 24th, 2024                                  RESPECTFULLY SUBMITTED,

BY:    /s/ *Preston Byron Knapp*
Preston Byron Knapp
Plaintiff, Pro Se
Pknapp5@gmail.com
(262) 496-8083

/s/ *Michelle Nichole Knapp*
Michelle Nichole Knapp
Plaintiff, Pro Se
Michelleknapp@gmail.com
(540) 931-5682

## Certificate of Service

Plaintiffs certify that on August 24th, 2024, the foregoing *DOCKETING STATEMENT OF PLAINTIFFS'* was filed with the Clerk of this Court via ECF. We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

*Distribution:*

Carl E. Christensen
Christensen Sampsel PLLC
305 Fifth Avenue North, Suite 375
Minneapolis, MN 55401
612-473-1200
carl@christensensampsel.com

Robert J. Kouba
Christensen Law Office PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-4016
robert@clawoffice.com

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensampsel.com

Tessa A. Mansfield
Foley & Mansfield, PLLP
250 Marquette Avenue, ste. 1200
Minneapolis, MN 55401
612-338-8788
tmansfield@foleymansfield.com

Michael Kernstock
Foley Mansfield
250 Marquette Ave S, ste. 1200
Minneapolis, MN 55401
612-216-0224
mkernstock@foleymansfield.com