UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

**Cause No: 24-cv-100 SRN/DTS**

| | |
|---|---|
| PRESTON BYRON KNAPP; MICHELLE NICHOLE KNAPP. *Plaintiffs,* vs. COMPASS MINNESOTA, LLC; DANIEL PHILIP HOLLERMAN (*official and individual capacities*). *Defendants*. | Honorable Judge Susan Richard Nelson Magistrate Judge David T. Shultz |

**NOTICE TO THE CLERK OF INCOMPLETE FILING AND CORRECTION**

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Please take notice that on August 24, 2024, a document was inadvertently filed in the record as a "*Notice of Intent to Appeal*" at Docket 74. This document was filed in an incomplete form.

We are submitting this Notice to correct the record and to inform the Court and all parties that the complete and accurate document is now attached hereto as ***Exhibit A***.

***Exhibit A*** represents the correct and complete Notice of Intent to Appeal, which should replace the previously filed document at Docket 74.

We respectfully request that the Court acknowledge this correction and update the record accordingly.

Thank you for your attention to this matter.

Dated:  August 25th, 2024                                             RESPECTFULLY SUBMITTED,

                                                                                              BY:     /s/ *Preston Byron Knapp*
                                                                                                          Preston Byron Knapp
                                                                                                          Plaintiff, Pro Se
                                                                                                          Pknapp5@gmail.com
                                                                                                          (262) 496-8083

                                                                                                          /s/ *Michelle Nichole Knapp*
                                                                                                          Michelle Nichole Knapp
                                                                                                          Plaintiff, Pro Se
                                                                                                          Michelleknapp@gmail.com
                                                                                                          (540) 931-5682

## Certificate of Service

Plaintiffs certify that on August 25th, 2024, the foregoing *NOTICE TO THE CLERK OF INCOMPLETE FILING AND CORRECTION* was filed with the Clerk of this Court via ECF.  We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

***Distribution:***

| | |
|---|---|
| Carl E. Christensen | Tessa A. Mansfield |
| Christensen Sampsel PLLC | Foley & Mansfield, PLLP |
| 305 Fifth Avenue North, Suite 375 | 250 Marquette Avenue, ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-473-1200 | 612-338-8788 |
| carl@christensensampsel.com | tmansfield@foleymansfield.com |
| | |
| Robert J. Kouba | Michael Kernstock |
| Christensen Law Office PLLC | Foley Mansfield |
| 305 North Fifth Avenue, Suite 375 | 250 Marquette Ave S, ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-823-4016 | 612-216-0224 |
| robert@clawoffice.com | mkernstock@foleymansfield.com |

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensampsel.com