UNITED STATES DISTRICT COURT
for the
DISTRICT OF MINNESOTA

Cause No: 24-cv-100 SRN/DTS

| | |
|---|---|
| PRESTON BYRON KNAPP; MICHELLE NICHOLE KNAPP. *Plaintiffs,* vs. COMPASS MINNESOTA, LLC; DANIEL PHILIP HOLLERMAN (*official and individual capacities*). *Defendants.* | Honorable Judge Susan Richard Nelson Magistrate Judge David T. Shultz |

## NOTICE OF APPEAL TO THE EIGHTH CIRCUIT

Notice is hereby given that Plaintiffs, Preston Byron Knapp and Michelle Nichole Knapp, in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the following orders and judgment of the United States District Court for the District of Minnesota:

1. The **Order on Joint Motion for Sanctions** (Dkt. No. 71), filed on August 9, 2024, by Judge Susan Richard Nelson, which granted the Defendants' motion for sanctions.

2. The **Judgment in a Civil Case** (Dkt. No. 73), entered on August 12, 2024, which awarded attorney's fees and costs to the Defendants Compass Minnesota, LLC, and Daniel Philip Hollerman in the amounts of $36,520.63 and $27,816.83, respectively.

Plaintiffs appeal on the grounds that the orders and judgment were in error as detailed in the objections previously filed with the court (Dkt. No. 72).

Dated:  August 25th, 2024                                       RESPECTFULLY SUBMITTED,

                                                   BY:      /s/ *Preston Byron Knapp*
                                                               Preston Byron Knapp
                                                                Plaintiff, Pro Se
                                                                Pknapp5@gmail.com
                                                               (262) 496-8083

                                                               /s/ *Michelle Nichole Knapp*
                                                               Michelle Nichole Knapp
                                                               Plaintiff, Pro Se
                                                               Michelleknapp@gmail.com
                                                               (540) 931-5682

## Certificate of Service

       Plaintiffs certify that on August 25th, 2024, the foregoing *NOTICE OF APPEAL TO THE EIGHTH CIRCUIT* was filed with the Clerk of this Court via ECF.  We further certify that, on the same date, the same document was served on Counsel listed below via electronic email.

*Distribution:*

| | |
|---|---|
| Carl E. Christensen | Tessa A. Mansfield |
| Christensen Sampsel PLLC | Foley & Mansfield, PLLP |
| 305 Fifth Avenue North, Suite 375 | 250 Marquette Avenue, ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-473-1200 | 612-338-8788 |
| carl@christensensampsel.com | tmansfield@foleymansfield.com |
| | |
| Robert J. Kouba | Michael Kernstock |
| Christensen Law Office PLLC | Foley Mansfield |
| 305 North Fifth Avenue, Suite 375 | 250 Marquette Ave S, ste. 1200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| 612-823-4016 | 612-216-0224 |
| robert@clawoffice.com | mkernstock@foleymansfield.com |

Ryan Supple
Christensen Sampsel PLLC
305 North Fifth Avenue, Suite 375
Minneapolis, MN 55401
612-823-0188
ryan@christensampsel.com